# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

James Edward Beal
LA. Appellate Project
P. O. Box 307
Jonesboro LA 71251-0307

Raymundo Franco
A.V.C. Hope 1 - B2  DOC # 532203
1630 Prison Road
Cottonport, LA 71327

## REHEARING ACTION: May 13, 2009

**Docket Number: 08   01071-KA**

**STATE OF LOUISIANA**
**VERSUS**
**RAYMUNDO FRANCO**

**Appealed from Lafayette Parish Case No. 114909**

**BEFORE JUDGES:**

> **Hon. John D. Saunders**
> **Hon. Michael G. Sullivan**
> **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Raymundo Franco** has this day been

> **DENIED.**

cc: Michael Harson, Counsel for the Appellee
    Ronald E. Dauterive, Counsel for the Appellee